# EXHIBIT D

IN THE CIRCUIT COURT

OF THE NINETEENTH JUDICIAL CIRCUIT

IN AND FOR MARTIN COUNTY, FLORIDA

CASE NO. 2020-961CA


ROBERT J. WELSH and
ALYSSA E. GREENSPAN,

        Plaintiffs,

-vs.-

SFR SERVICES L.L.C.,

        Defendant.

_____/


DEPOSITION OF:        ALYSSA E. GREENSPAN
                       (VIA REMOTE VIDEO CONFERENCE)


DATE:             THURSDAY, JANUARY 20, 2022


TIME:             9:00 A.M. TO 10:30 A.M.


PLACE:           PALM CITY, FLORIDA


STENOGRAPHICALLY REPORTED BY
ANGELA J. KUNS, CSR (CA), RPR
REGISTERED PROFESSIONAL REPORTER
NOTARY PUBLIC

Alyssa Greenspan
January 20, 2022

Page 2

```
1  APPEARANCES:
2
3  APPEARING (VIA REMOTE VIDEO CONFERENCE) ON BEHALF OF THE
   PLAINTIFFS:
4
   ZINOBER, DIANA & MONTEVERDE
5  2400 COMMERCIAL BOULEVARD
   SUITE 420
6  FORT LAUDERDALE, FL 33308
   BY: COREY STERN, ESQUIRE
7     COREY@ZINOBERDIANA.COM
8
9  APPEARING (VIA REMOTE VIDEO CONFERENCE) ON BEHALF OF THE
   DEFENDANT:
10
   GORDON & THALWITZER
11 299 N. ORLANDO AVENUE
   COCOA BEACH, FL 32931
12 BY: AARON THALWITZER, ESQUIRE
      AARON@BREVARDLEGAL.COM
13
14
15               --o0o--
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1               I N D E X
2                                          Page
3  Direct Examination by Mr. Thalwitzer       4
4
5
6          E X H I B I T S
7  Defendant's      Description           Marked
8   1          Notice of Taking Deposition    6
               Duces Tecum
9
    2          Amended Complaint             12
10
    3          Letter dated January 6, 2021  23
11
    4          Email dated October 30, 2019  30
12
13
14 (** Defendant's Exhibit No. 3 not provided to the court
15    reporter and not attached to the transcript.)
16
17               --o0o--
18
19
20
21
22
23
24
25
```

Page 4

```
1             P R O C E E D I N G S
2          (VIA REMOTE VIDEO CONFERENCE)
3                    --o0o--
4       THE COURT REPORTER: Will the witness please raise
5  your right hand.
6       Do you solemnly swear or affirm that the testimony
7  you are about to give shall be the truth, the whole truth,
8  and nothing but the truth?
9       THE WITNESS: Yes.
10      THE COURT REPORTER: Will the witness please say
11 and spell your first and last name for the record.
12      THE WITNESS: Alyssa Greenspan, A-l-y-s-s-a,
13 G-r-e-e-n-s-p-a-n.
14 THEREUPON,
15            ALYSSA GREENSPAN,
16 called as a witness via remote video conference, was
17 examined and testified as follows:
18            DIRECT EXAMINATION
19 BY AARON THALWITZER, Counsel on behalf of the Defendant:
20   Q   Good morning, ma'am.  Can you hear me okay?
21   A   Yes, I can.
22   Q   Have you ever had your deposition taken before?
23   A   Yes.
24   Q   Can you estimate how many times?
25   A   Twice.
```

Page 5

```
1    Q   When was the last time?
2    A   The last time that we met, which I don't recall
3  when it was.  Maybe November.
4    Q   So are you familiar with the rules and the
5  procedures for a deposition?
6    A   Yes, I am.
7    Q   I'll be very brief then.  I'll do my best to speak
8  clearly and not to speak over you.  I would just ask that
9  you do the same.  The more you are able to directly answer
10 my question, generally speaking, the quicker and more
11 efficient today will be.  I don't want this to take any
12 longer than it needs to.
13      Throughout the day -- I say "day." Hopefully it
14 will not take the whole day.  But throughout the
15 deposition, I'll be using the share screen to look at the
16 documents.  If you need me to zoom in, zoom out, move up
17 or down, whatever, just tell me.  It's not a perfect way
18 to share documents, but it works pretty well.  Just don't
19 feel bad about asking me to move a document up and down if
20 you need me.  Okay?
21   A   Okay.
22   Q   With that, I'm going to share screen.  Can you see
23 the document that's on the screen?
24   A   Yes, I can.
25      MR. THALWITZER: Let's make this Exhibit 1,
```

Alyssa Greenspan
January 20, 2022

Page 6

1  please.
2       (Defendant's Exhibit 1 was marked for
3  identification.)
4    Q    (By Mr. Thalwitzer) As you can see, this is a
5  Notice of Taking Remote Deposition Duces Tecum of
6  yourself. It provides, that starting at 10:00 or after,
7  that Mr. Welsh -- it's fine. I don't really mind the
8  order that we are going in. There's a document request
9  attached to this notice. I did receive some documents
10  this morning from your counsel.
11       Is it your understanding that those are the
12  documents that you have responsive to these requests?
13    A    Yes.
14    Q    Have you withheld any documents based on any type
15  of objection?
16    A    No.
17    Q    But you produced everything you have that's
18  responsive to these requests?
19    A    Yes.
20    Q    Very good. Let me get right -- Well, let me ask a
21  few background questions, but I will not spend too much
22  time on that.
23       What do you do for a living?
24    A    I work in digital marketing.
25    Q    What do you do specifically?

Page 7

1    A    I handle search engine marketing for Midas.
2    Q    How long have you done that?
3    A    At this specific job, I have been there since
4  August.
5    Q    Have you done the same sort of job for other
6  businesses?
7    A    Yes.
8    Q    Can you tell me approximately how many years you
9  have done that work?
10    A    I have done that for 30 years in some regard,
11  doing marketing and advertising.
12    Q    Do you have any professional licenses?
13    A    No.
14    Q    Do you have any education after high school?
15    A    Yes. I attended college.
16    Q    Do you have a degree?
17    A    Yes, I do, a bachelor's degree.
18    Q    What is it in?
19    A    In English.
20    Q    Any professional certification?
21    A    I am Google certified.
22    Q    Is that something in connection with your job?
23    A    Yes, it is. And I'm also a notary.
24    Q    Where do you live?
25    A    I live in Palm City, Florida.

Page 8

1    Q    What is your address?
2    A    2851 Southwest Brighton Way.
3    Q    How long have you lived there?
4    A    Since 2002, so almost 20 years.
5    Q    Do you know who SFR Services, LLC, is?
6    A    Yes, I do.
7    Q    How did you come to know of them?
8    A    I found their name on this app called Nextdoor.
9  There was someone posting about their services.
10    Q    Did you contact them?
11    A    I contacted somebody by the name of Gary Goldberg
12  who made the post. I'm not sure if he made the post or
13  someone posted about him, but his contact information was
14  on there, and I contacted him.
15    Q    Who is Gary Goldberg?
16    A    He was, at the time, a representative for SFR
17  Services.
18    Q    Did you speak directly with Mr. Goldberg?
19    A    Yes.
20    Q    Do you remember when that was?
21    A    I think it was -- I don't remember exactly. I
22  want to guestimate that it was in November of 2018.
23    Q    And you spoke with him on the phone the first time
24  you communicated with him?
25    A    Yes. I believe so.

Page 9

1    Q    What did you say to him?
2    A    I probably said, although I don't remember
3  entirely because it was a while ago, that I had read about
4  him on the Nextdoor app, and I would like him to come over
5  and discuss our roof with us.
6    Q    What did he say?
7    A    He said yes.
8    Q    Did he then come over?
9    A    Yes, he did.
10    Q    Do you remember when he came over, for the first
11  time, to your house?
12    A    No, I don't.
13    Q    Was it in 2018?
14    A    I think it was in 2018, yes.
15    Q    Were you at your house when he came to your house?
16    A    Yes.
17    Q    And I assume that you guys exchanged some words
18  and he probably inspected the roof?
19    A    No. I don't believe that he inspected the roof,
20  but we discussed the situation, and he told us what he
21  could -- you know, what they do.
22    Q    If you don't remember exactly, it's okay.
23       But what did you say to Mr. Goldberg when he came
24  over?
25    A    That we had roof damage and we wanted to have our

Alyssa Greenspan
January 20, 2022

Page 10

1  roof redone.
2    Q    How did you know you had roof damage?
3    A    We had leaks inside our home that we had to have
4  repaired.
5    Q    Where were the leaks?
6    A    There were several leaks in the skylights.  We
7  have three skylights, and all three skylights were
8  leaking.  There was also a leak in the -- we call it like
9  the Florida room.  It's like an offshoot of our living
10 room.  And there was also a leak in the living room coming
11 out of -- I think it was the smoke detector area.  And
12 then there was one in our daughter's room and one in our
13 son's room, too.
14   Q    Do you know what caused those leaks?
15   A    It was damage to the roof caused by different
16 storms.  There was one particular hurricane, I guess, that
17 we were saying was when most of the damage occurred.
18   Q    Did you relay all of that information to
19 Mr. Goldberg?
20   A    Yes.  And he walked around inside the house and
21 looked at all of the damage.
22   Q    Other than explaining the damage, showing the
23 damage to Mr. Goldberg, did you and Mr. Goldberg talk
24 about anything else of substance besides small talk?
25   A    Yes.  He explained to us that they have a team of

Page 11

1  lawyers who deal with the insurance companies, and if
2  there's a named storm involved, that it can't be -- the
3  insurance company has to repair the roof within a certain
4  time period; and they, you know, just told us exactly how
5  their team of lawyers works with the insurance company and
6  gets the roof redone.
7    Q    Did he have a contract for you to sign?
8    A    I don't believe we signed any contract at that
9  time because we wanted to discuss it with each other.
10   Q    You and Mr. Welsh?
11   A    Yes.
12   Q    Was anyone else present when Mr. Goldberg came
13 over that first time, besides yourself?
14   A    No.
15   Q    Approximately how long, if you recall, was he at
16 your house?
17   A    At the most, it would have been an hour, I would
18 say.
19   Q    When was the next time you communicated with
20 Mr. Goldberg or anyone with SFR?
21   A    The next time, I don't know when it was, but --
22 gosh.  I mean, most of the dealings were then held -- Bob
23 did most of the dealings, but I think the next time
24 somebody named Adam, I think his last name is McConnell,
25 came over as a representative of the company.  At that

Page 12

1  point, I think Gary Goldberg no longer worked there, so
2  Adam came over, and he discussed basically the same thing
3  that Gary had.  And at that time, we did sign paperwork
4  with him.
5    Q    I have turned the share screen back on, and I put
6  a document on the screen.  Just for your information, this
7  is attached to the amended complaint that you filed on
8  January 5, 2021.
9         Is this a copy of the document that you signed
10 that day?
11   A    I think it's one of them, but there was --
12   Q    Is that your signature in the lower left?
13   A    Yes.  Yes, it is.
14   Q    I'm sorry, I interrupted you.  You were saying?
15   A    No.  I just was saying that that's one of the
16 documents that we signed.  I don't know if it was that
17 day.  But there's another document.  That one.
18   Q    I see on this first document -- Actually, let's go
19 back a step.
20        MR. THALWITZER:  Let's enter this amended
21 complaint as Exhibit 2, please.
22        (Defendant's Exhibit No. 2 was marked for
23        identification.)
24   Q    (By Mr. Thalwitzer) So going back to the first
25 document I showed you.  I'm going to call this an

Page 13

1  Assignment of Benefits or AOB.  The date on this appears
2  to be November 13, 2018.
3         Do you see that?
4    A    Uh-huh.
5    Q    I'm sorry, I have to confirm.  Is that a yes?
6    A    Yes.  I'm sorry.
7    Q    No problem.  I know it's a normal way of talking,
8  but for depositions, it doesn't work very well.
9         Does that reflect the date that you signed this
10 document?
11   A    Yes.
12   Q    And this next document, is that your signature
13 again on the lower left of this document?
14   A    Yes, it is.
15   Q    And this is Exhibit 2 to your amended complaint.
16 The date on this, at least next to Mr. Welsh's name, is
17 August 16, 2019.  Next to your name, it says "August 16"
18 but without a year.  And I'm not trying to trick you or
19 anything, but the dates do appear to be significantly
20 apart.
21        So are you sure that you signed both of these at
22 the same time?
23   A    I guess, based on those dates, we did not.  To the
24 best of my memory, maybe the first one was signed with
25 Gary Goldberg.  Although, I don't know why we would have

Alyssa Greenspan
January 20, 2022

Page 14

1  signed anything with him, you know, just meeting with him
2  one time. It would be a pretty big commitment. But
3  perhaps. But the second one was with a meeting with Adam.
4      Q   When you say "second one," I'm going to -- I'll
5  call this one a Bill of Sale. It's kind of what it's
6  called.
7          So when you say "second one," are you referring to
8  this document here, the Bill of Sale?
9      A   Yes.
10     Q   Going back to the first document, the AOB, when
11 you signed it, did you understand what it was that you
12 were agreeing to?
13     A   I believe so, yes.
14     Q   What was your understanding? Just generally. I
15 don't need legal, you know.
16     A   That we were engaging in a contract with SFR
17 Services to repair our roof and it would go through their
18 process of them dealing directly with the insurance
19 company.
20     Q   And did you understand that SFR would be paid
21 by -- essentially paid by insurance if insurance indeed
22 paid?
23     A   Yes. But we were also told at the time that any
24 checks that were paid to SFR would require our signature
25 as well as theirs, so it was like a three-party check

Page 15

1  endorsement policy.
2      Q   Did you read this AOB before signing it?
3      A   I'm sure I did. I don't recall that I did, but
4  knowing myself, I probably did.
5      Q   And the second document, again, that I'm calling a
6  Bill of Sale, did you read this before you signed it?
7      A   Yes.
8      Q   What did you understand this document -- what did
9  you understand to be the purpose of this document?
10     A   It was a contract that we were engaging in with
11 SFR Services to repair our roof as well as interior
12 damages and the skylights, the vents, the soffits, the
13 fascia, that they were going to repair all of that.
14     Q   And the next page -- and I realize this is a
15 little bit small.
16         Is it your understanding that this is the back
17 page to the Bill of Sale?
18     A   Yes.
19     Q   We will talk about this next document later on.
20 Let's go back to -- I guess it would have been the second
21 meeting, which was Adam McConnell. Is that correct?
22     A   Yes.
23     Q   I think you testified that you signed at least
24 this document, we will call it the AOB, at that time.
25         Did Mr. McConnell say anything else to you other

Page 16

1  than what you have already told me?
2      A   I can't think of what else he possibly would have
3  said. No. I think I've covered it.
4      Q   I take it that you, Mr. Welsh, and Mr. McConnell
5  were there; is that correct?
6      A   Yes.
7      Q   Was anyone else there that you can remember?
8      A   No.
9      Q   When was the next time that you communicated with
10 anyone from SFR?
11     A   I probably did not. And probably -- then Bob
12 handled most everything. I backed out of it at that
13 point.
14     Q   So after that meeting where you signed the AOB and
15 possibly another document, as far as you can recall, you
16 didn't communicate with SFR after that point?
17     A   Not that I recall, no.
18     Q   At some point, did you come to learn, perhaps
19 indirectly, that your insurance company had agreed to pay
20 for your insurance claim?
21     A   Yes.
22     Q   How did you learn that?
23     A   I'm not exactly sure. I don't recall.
24     Q   I take it that at some point after that, after
25 your insurance company agreed to pay the claim, SFR

Page 17

1  notified you that it was going to begin work?
2      A   Yes.
3      Q   Based on what you have already testified, I assume
4  that they didn't communicate that to you directly; is that
5  correct?
6      A   Correct. Yes, that's correct.
7      Q   Did SFR, in fact, begin work on your house at some
8  point?
9      A   Well, it's not -- I mean, it's a technicality, but
10 it's not really SFR. I believe that they sub it out. And
11 there's a company called Steve Frontera that started work.
12     Q   Do you recall when that happened, when Frontera
13 started work?
14     A   No, I do not.
15     Q   Does this Bill of Sale accurately describe the
16 work that Frontera was to do?
17     A   Yes.
18     Q   I'm sorry, I think I turned the share screen off.
19 I'm pointing to it without it being visible.
20         I'm referring to this document that was previously
21 on the screen.
22         Does this accurately --
23     A   Yes.
24     Q   -- reflect the work that Frontera was to do?
25     A   Yes.

Alyssa Greenspan
January 20, 2022

Page 18

1    Q    And did Frontera do that work?
2    A    Not all of it, no.
3    Q    What didn't they do?
4    A    They did not do any interior work that was
5  specified, and I don't believe they did the soffits and
6  the fascia.  I think somebody else ended up doing it after
7  some disagreement about what should have been done.
8    Q    Did someone else do the interior work?
9    A    No.
10   Q    Why is that?
11   A    Because SFR decided not to do it after the
12 incidents happened with the fascia and the soffits.  They
13 stopped communicating with us.
14   Q    I think that you said that someone else did the
15 soffits and fascia besides Frontera; is that correct?
16   A    To the best of my knowledge.  But as I have said,
17 I was not really involved in the process.  I'm only -- you
18 know, just what I heard through my husband Bob.
19   Q    You referred to an incident, I think.  Can you
20 tell me what you are referring to there?
21   A    They didn't want to -- They, being SFR Services,
22 did not want to replace the soffits and the fascia, which
23 was originally specified on that contract, and so there
24 was a lot of back and forth and arguments and, you know,
25 disagreement on that.

Page 19

1    Q    Do you know if any of the -- if there are any
2  written communications about that, specifically SFR not
3  wanting to replace the soffits and fascia?
4    A    I don't know if there was written communications
5  not wanting to.  There is written communications that they
6  said that they would.
7    Q    Give me a moment, please.
8         I want to get into that, but first I want to make
9  sure that we are done with the other subject.
10        Did you have any involvement -- and I know that
11 that's sort of a vague term, but I'll clarify it.
12        Did you have any involvement in communicating,
13 either with SFR or any third party, about the soffit and
14 fascia incident or issue?
15   A    No.
16   Q    Was that handled by Mr. Welsh?
17   A    Yes.
18   Q    At least up to the point when you hired an
19 attorney, was it basically Mr. Welsh handling that by
20 himself?
21   A    Yes.
22   Q    Were you present during any discussions, whether
23 on the phone or in person, with either SFR or any other
24 third parties about the incident?  And, again, besides
25 anything with your lawyer.

Page 20

1    A    Not that I recall.
2    Q    And just to be clear, I'm trying to figure out
3  what you sort of were involved with, what you know and
4  what you don't.  I don't want to ask dozens of questions
5  just to have you say "I don't know anything."  I'm trying
6  to figure out the parameters of what you know.  Hopefully,
7  it will make this a shorter deposition.
8         I think earlier you testified about insurance
9  checks and that it was your understanding that the checks
10 would be made out to both SFR and you and Mr. Welsh; is
11 that correct?
12   A    Yes.
13   Q    And I take it, from your answer, that that did not
14 happen?
15   A    Correct.  It did not.
16   Q    So what did happen?
17   A    We -- Along the way, we thought -- When they
18 weren't completing the interior, we kept saying to each
19 other, Oh, that's okay.  They are not going to get
20 paid until -- we are not going to sign this check that we
21 are supposed to be getting until everything is done.
22        And then we found out that they had gotten the
23 check, and we never saw a check, and so that wasn't --
24 that information that they had told us was not correct,
25 so --

Page 21

1    Q    Did you end up -- Actually, let me turn the share
2  screen back on.  I have gone back to the amended
3  complaint, which is Exhibit 2.  I would like to ask you
4  some questions about the allegations in here.
5         Have you read this document before today?
6    A    Yes, I have.
7    Q    And do you know if the allegations in it are
8  correct?
9    A    Yes, I believe they are.  Yes.
10   Q    Some of this we have already gone over.  But some
11 of it, I don't think we have quite yet.
12        Under No. 8 here, it's in the middle of the
13 screen, I'll read that out loud.  It says, "Defendant,"
14 and that's SFR, "subsequently agreed to replace the roof
15 and perform additional work necessary to return the
16 residence to its pre-loss condition for all insurance
17 proceeds, i.e., for whatever amount of money was issued by
18 Plaintiffs' homeowner's insurance carrier in connection
19 with the claim assigned by Plaintiffs to Defendant.  While
20 the language of the contract indicates that Plaintiffs
21 were responsible for their deductible, $4,500, Defendant
22 represented to Plaintiffs that they would not collect this
23 amount.  A true and correct copy of the contract between
24 Plaintiffs and Defendant is attached as Exhibit 2."
25        My question is about the deductible portion of

Alyssa Greenspan
January 20, 2022

Page 22

1 this allegation. If you know, who made that
2 representation that's alleged in here that SFR would not
3 collect the deductible?
4    A    Adam McConnell.
5    Q    When did he make that representation?
6    A    When we met with him and signed the contract, that
7 was the first time I heard of it. I think that he made
8 other references to it subsequent to that.
9    Q    Do you remember exactly what he said?
10    A    He said that -- and, you know, this is to the best
11 of my knowledge -- that we would not be required to pay
12 that $4,500, that there's enough money in the claim that
13 they would not require us to pay that.
14    Q    Was that before or after you signed the document
15 or documents that you signed that day?
16    A    I'm unsure as to the exact time when he said it.
17    Q    Did anyone else besides Adam McConnell indicate
18 that Plaintiffs would not collect the deductible -- excuse
19 me, that SFR would not collect the deductible?
20    A    No, not that I recall.
21    Q    Do you know whether anything from SFR in writing
22 indicated that they would not collect the deductible?
23    A    Not to my knowledge.
24    Q    I take it that you are aware that, at some point,
25 a claim of lien was recorded against your property?

Page 23

1    A    Yes.
2    Q    And is that claim of lien Exhibit 3 to your
3 amended complaint, which I have put on the screen right
4 now?
5    A    Yes.
6    Q    When did you become aware of the claim of lien?
7 I'll turn the share screen off.
8    A    We received it in the mail. I don't know what
9 time -- I don't know the exact date.
10    Q    Are you aware that this claim of lien has been
11 canceled?
12    A    Yes, I am.
13    Q    When did you become aware that it was canceled?
14    A    I don't know an exact date.
15    MR. THALWITZER: I'll put a document on the
16 screen. Let's make this Exhibit 3, please.
17    (Defendant's Exhibit No. 3 was marked for
18    identification.)
19    Q    (By Mr. Thalwitzer) Have you seen this letter
20 before? There's an enclosure, so I can go down whenever
21 you are ready.
22    A    I don't see anything.
23    Q    I'm sorry. I turned it off. I keep doing that.
24    Okay. You should be able to see a letter dated
25 January 6, 2021.

Page 24

1    A    Okay.
2    Q    Have you seen this before?
3    A    Yes.
4    Q    And did you see it on or around January 6, 2021?
5    A    Yes. I would assume so.
6    Q    And did you understand that this release and
7 waiver of lien that was enclosed with the letter
8 eventually got rid of the lien that had been recorded
9 against your house?
10    A    Yes.
11    Q    Now, it's my understanding that you were trying
12 to, I believe, pay off the mortgage on your house at some
13 point; is that correct?
14    A    Not pay it off. Refinance it.
15    Q    When was it that you tried to refinance the
16 mortgage on your house?
17    A    I don't have a date. It was, again, handled by
18 Bob, Mr. Welsh.
19    Q    Was there a particular reason why you wanted to
20 refinance?
21    A    To get the lower interest rate.
22    Q    Do you know what your interest rate was at the
23 time?
24    A    No, I do not.
25    Q    Do you know what lower interest rate you were

Page 25

1 trying to get or would have been able to get?
2    A    No, I do not.
3    Q    Were you involved in the refinancing process?
4    A    No.
5    Q    Mr. Welsh was handling that?
6    A    Correct.
7    Q    Have you tried to refinance your mortgage since
8 receiving the January 6, 2021, letter indicating that the
9 lien was released?
10    A    Yes.
11    Q    Have you been successful?
12    A    Yes.
13    Q    When did you end up refinancing your mortgage?
14    A    I don't recall.
15    Q    Can you estimate?
16    A    No. Sorry. I would be completely guessing.
17    Q    Have you been financially harmed by the recording
18 of the claim of lien?
19    A    Yes.
20    Q    How?
21    A    We would have benefited from the lower mortgage
22 rate at the time; and then, afterwards, we weren't able to
23 get that same rate.
24    MR. STERN: I'm going to object. She can answer,
25 but it also calls for a legal conclusion.

Alyssa Greenspan
January 20, 2022

Page 26

1  Q   (By Mr. Thalwitzer) So other than the lower
2  interest rate that you just testified about, were you
3  damaged -- were you harmed financially in any other way by
4  the claim of lien?
5       MR. STERN: Objection.
6       MR. THALWITZER: You still have to answer the
7  question, ma'am.
8       THE WITNESS: Oh, sorry.
9       MR. STERN: Just for the record, Alyssa, when I
10 object, it's for the record. He is correct. Unless I
11 instruct you not to answer, you should answer the
12 question.
13      THE WITNESS: Okay.
14  Q   (By Mr. Thalwitzer) I should have explained that
15 earlier. I'm sorry. That's my fault.
16  A   So you are looking at financial harm, not any
17 other kind of harm?
18  Q   Well, let's start with financial harm.
19  A   No, not -- I don't see any other, other than that,
20 that I already spoke of.
21  Q   You alluded to some other form of harm. Would you
22 please elaborate on that.
23  A   Well, I mean, liens are listed in the newspaper.
24 It became public knowledge, and we started -- we received
25 some postcards that -- obviously someone bought some list

Page 27

1  that we were on, and they would send us postcards saying,
2  you know, something about we can help you kind of thing.
3  So it became public knowledge that we had a lien on our
4  house.
5  Q   What newspaper was it published in?
6  A   It was in the Treasure Coast News.
7  Q   Do you have a copy of that?
8  A   I do not.
9  Q   Did you see the actual whatever it was in the
10 newspaper that had published something about the lien?
11  A   I think I saw it on -- I don't get the newspapers.
12 I think I would have seen it online.
13  Q   Did you see it online?
14  A   To the best of my knowledge, I do believe that I
15 did.
16  Q   What was it that you saw?
17  A   It lists when -- You know, it says SFR Services --
18 I'm not exactly sure of the legal, you know, how it reads,
19 but it states that there's a lien on the property.
20  Q   How did you come to know of that being in the
21 newspaper?
22      MR. STERN: Objection. Asked and answered.
23  A   Well --
24  Q   (By Mr. Thalwitzer) You still have to answer.
25  A   So probably, if I recall, what happened is, we got

Page 28

1  the letter and then I probably searched it online to see.
2  You know, maybe not immediately because it probably would
3  not have happened that immediately, but that's what I
4  would think I would have done.
5  Q   Are you referring to the letter that sent you a
6  copy of the lien?
7  A   Yes.
8  Q   So when you got that letter, you searched online,
9  and that's when you remember seeing something about the
10 lien in the newspaper?
11  A   Yes. I mean, it probably didn't happen, like I
12 said, immediately after that, but --
13  Q   All right. Were you harmed in any other way by
14 the lien?
15  A   No, not that I can think of.
16  Q   Let me go through the documents or at least some
17 of the documents that your attorney produced before
18 today's deposition. I don't know how much of it you are
19 going to know anything about, so this may go fairly
20 rapidly.
21      I put on the screen an email dated October 30,
22 2019, from Mr. Welsh to Adam McConnell and Steve Frontera.
23      Have you seen this before?
24  A   No, I have not. Well, actually, that's not true.
25 I saw it for the first time the other day when Bob showed

Page 29

1  me the package that he was sending. That's the first time
2  I saw it.
3  Q   Do you know anything about what is stated in the
4  e-mail? Not the email itself so much, but what Mr. Welsh
5  is writing here?
6  A   Yes.
7  Q   Let's start with the first item. It says,
8  "According to the three roofers who were here when I got
9  home last night, one, the previously-installed
10 flashing/drip edge needs to be removed to allow access to
11 the fascia."
12      What do you know about that?
13  A   I don't know. I mean, nothing consequential.
14  Q   And the next one, it says, "No. 2, all rotted
15 wood - fascia and soffit - is to be removed," and I think
16 he means "and replaced."
17      Do you know anything about that?
18  A   At the time, I saw -- Mr. Welsh showed me that on
19 one side of our house where the wood was all rotted.
20 That's what I know.
21  Q   And it's your understanding that that's what's
22 being referred to here in this email?
23  A   Yes.
24  Q   And No. 3 says, "Soffit is to be replaced with
25 wood (plywood?) and lattice and the stucco."

Alyssa Greenspan
January 20, 2022

Page 30

1    Do you know anything about that?
2    A    No.
3    Q    And then he concludes the email saying, "Steve,
4    please ask your guys to be respectful of our neighbor's
5    backyard and clean up."
6         Was there a problem with cleaning up before this
7    that you know of?
8    A    I don't recall.
9    MR. THALWITZER: Let's make this Exhibit 4,
10   please.
11        (Defendant's Exhibit 4 was marked for
12        identification.)
13   Q    (By Mr. Thalwitzer) The next document looks like a
14   quote from Steve Frontera Roofing, dated September 6,
15   2019.
16        Have you seen this before?
17   A    Yes.
18   Q    What is your understanding of what this is?
19   A    That's them supplying their scope of work to SFR.
20   I think that the reason we got a copy of it was because we
21   were asking about the warranty. I don't believe we got a
22   quote. I don't think we got a copy of that previously
23   until we -- That's why that No. 8 is circled.
24   Q    Were there issues which implicated the warranty?
25   A    No. We just were questioning it because it -- I

Page 31

1    guess it never came up, and we were questioning, you know,
2    what the warranty was.
3    Q    The next document is another one from Steve
4    Frontera Roofing. This one is dated October 2, 2019, and
5    it looks similar. I don't know if it's the same, other
6    than the date.
7         Do you know, ma'am, if this is a different
8    document?
9    A    I don't know. It looks the same to me, but --
10   Q    The only difference I can see, and this is just --
11   you know, I'm not trying to put words in your mouth. The
12   October 2, 2019, one appears to be signed by somebody.
13        Do you know who signed that?
14   A    It looks like Steve Frontera. It's not me or my
15   husband.
16   Q    The next document is an email, again, from
17   Mr. Welsh to Mr. Frontera, dated May 25, 2020. I'll just
18   read it because it's short.
19        It says, "Steve, I noticed today that much of the
20   soffit on the back of our house has an open gap,
21   approximately a quarter inch between it and the fascia.
22   It goes back. I assume there must be other areas as well.
23   It looks as if a thin bead of caulk should be sufficient
24   to close these open spaces. Please call me to discuss.
25   Thanks. Bob Welsh."

Page 32

1    Do you know about the issue that Mr. Welsh writes
2    about here?
3    A    Yes, I do.
4    Q    And was this fixed?
5    A    Not by Steve Frontera. We had to fix it
6    ourselves.
7    Q    Did you hire someone to fix it?
8    A    Yes, we did.
9    Q    And as far as you know, did Steve Frontera respond
10   to this email?
11   A    He responded. I don't know if it was in email
12   form or if he called Bob. But he said, no, he was not
13   going to fix it, that it was fine. He may even have come
14   over and looked at it and said, no, that he felt it was
15   fine.
16   Q    The next document is a receipt of some sort from
17   PNC Bank.
18        Do you know what this is, ma'am?
19   A    Yes, I do.
20   Q    What is it?
21   A    This was an amount that we paid to have our front
22   lawn repaired after the vendor who repaired the soffit and
23   fascia. They brought in a big cement mixer of some sort,
24   and it was on our front lawn. It damaged the lawn, and a
25   lot of cement was in the lawn.

Page 33

1    After we complained to them about, you know, the
2    damage, they tried to fix it, the vendor, you know, the
3    people who did the soffit and fascia. But the grass,
4    because there was so much cement in the lawn, it
5    wouldn't -- the grass wouldn't take, so we had to do it
6    ourselves. Our homeowner's association said that we
7    needed to fix it at our expense.
8    Q    What was the source of the cement?
9    A    From the cement mixer that was used to fix the
10   soffit and the fascia.
11   Q    Did you contact SFR about that?
12   A    I did not, no.
13   Q    Do you know if Mr. Welsh did?
14   A    I'm sure he did.
15   Q    Are you actually aware that he did, or are you
16   assuming he did?
17   A    I mean, I guess I'm not aware because I can't
18   state that I was there when he spoke to them or that I was
19   there when they came over, anything like that. But, I
20   mean, I'm hearing it from him telling me that he did. And
21   then, you know, work happened because of making contact,
22   so I'm assuming he did.
23   Q    Okay. This is another email, this one dated
24   December 12, 2020, from Nicholas Anderson to Mr. Welsh.
25        This appears to be about the refinancing that we

Alyssa Greenspan
January 20, 2022

Page 34

1  talked about a little earlier.  Is that correct?
2      A    That's what it looks like, yes.
3      Q    Again, I can skip over some of this stuff.
4          Do you know anything about this refi that we
5  haven't already talked about?
6      A    No.
7      Q    I'm not going to ask you anymore questions about
8  it.
9      A    Okay.
10     Q    Give me a second.
11         I put another email on the screen.  This one is
12  dated October 21, 2020, from Ricky McGraw to Mr. Welsh and
13  Andrew Watson.
14         Have you seen this email before today?
15     A    No.
16     Q    So I take it that you don't know anything about
17  what's stated in there?
18         Again, I'm just trying to figure out what I need
19  to ask you about.  If you don't know anything about it,
20  I'll move along.  But if you do, I'll have a few
21  questions.
22     A    I was not directly involved.  I know from
23  conversations I had with Bob, but that's it.
24     Q    Let me just kind of ask generally.  Was there a
25  problem with the skylight?

Page 35

1      A    Yes.  The skylights that they put in are not to
2  the code of the HOA here at our community.  They look
3  slightly different, and inside is not finished.  So those
4  were the problems that we had with them.
5      Q    Do you know who installed the skylight, or was it
6  multiple skylights?
7      A    There are three skylights, and I would assume that
8  SFR -- that Steve Frontera installed them.
9      Q    Did you receive some sort of notification from the
10  HOA that there was a problem?
11     A    No, we did not.
12     Q    Did the skylights malfunction in any way?
13     A    No.
14     Q    So was the issue just that the HOA did not
15  preapprove installation of the skylights?
16     A    They approved -- The HOA has a -- requires a
17  packet of information to be completed by the vendor, and
18  Adam took that responsibility and dealt directly with our
19  HOA in putting together all of the information and saying
20  that they would install a certain type of skylight, a
21  certain type of material for the roofing, all of that.  So
22  Adam signed off that this certain type of skylight, which
23  is to our HOA specifications, would be installed.
24     Q    So was it not done per the HOA's specifications?
25     A    No, it was not.

Page 36

1      Q    What was the specific problem?
2      A    It's a different type of skylight than is in other
3  homes in here, and so it looks slightly different on the
4  outside.  But it also, on the inside, looks unfinished,
5  and we were unhappy with it.
6      Q    And did Steve Frontera do anything about that?
7      A    No.
8      Q    I've put on the screen what I received from your
9  attorney, which appears to be a draft of a letter.  The
10  document is titled SFR Invoice Response, March 24, 2020.
11         Do you know whether this was actually sent out, or
12  is this just a draft?
13     A    I didn't actually see it go in the mail, but I
14  think that the lien came as a response to this.  Or maybe
15  not.  I'm not sure of the timing exactly, so I don't want
16  to say.
17     Q    Did you participate in drafting this letter?
18     A    No.
19     Q    I put on the screen another document.  It appears
20  to be a proposal, I'm assuming, from Petra, P-e-t-r-a,
21  Painting for soffit repair, $500.
22         Can you confirm that that's what it is,
23  essentially an invoice for 550 for soffit repair?
24     A    Yes.
25     Q    And did this take care of all of the issues with

Page 37

1  the soffits?
2      A    Yes.
3      Q    Included in this same file are some emails that
4  appear to be from Mr. Welsh.
5          Have you seen these before?
6      A    No.
7      Q    Do you have any photos reflecting any of the
8  problems with the work or lack of work that you have
9  complained about?
10     A    Yes.  My attorney supplied those but, if need be,
11  we can send them again.
12         MR. THALWITZER: Let's take a five-minute break.
13         (Recess was taken.)
14     Q    (By Mr. Thalwitzer) Ma'am, I tried to find the
15  photos that you thought were sent over, and I can't find
16  them.  I'm pretty sure they were not sent over this
17  morning.
18     A    No.  I think they were sent over quite a while
19  ago, so --
20     Q    Do you know what they were of?
21     A    They were of the interior damage that was never
22  fixed, so the skylights and the garage and the -- I think
23  it was the skylights in our master bathroom and the garage
24  primarily.
25     Q    Are the skylights in the same condition today that

Alyssa Greenspan
January 20, 2022

Page 38

1 they were, I guess, after they were immediately installed?
2    A    Yes, they are.
3    Q    In other words, you haven't replaced them?
4    A    No, we have not, and we have not fixed them
5 either.
6    Q    I know we talked about this briefly.
7       Other than what we have already talked about --
8 maybe there isn't anything, but I want to be sure.  Are
9 there any other interior repairs that SFR was supposed to
10 do that they didn't?
11    A    No, not that I -- no, there aren't.
12    Q    Going back to the HOA and the skylight.  Did the
13 HOA eventually approve the skylight?
14    A    No.  They have never come back out and actually
15 looked at the skylights.
16    Q    Have they taken any action, enforcement action,
17 like telling you -- I know you said you haven't received a
18 notice from them, but have they done anything --
19    A    No.
20    Q    -- regarding the skylights?
21    A    No, they have not.
22    Q    Did you find any of the work -- again, other than
23 what we have already talked about -- that SFR or any of
24 their subcontractors performed to be defective?
25    A    No.

Page 39

1    Q    I want to make sure we are clear.  The word
2 "defective" obviously has some subjectivity to it.
3       Did you have any problems with any of the work SFR
4 or any of SFR's subcontractors did, other than what you
5 have already talked about?
6    A    No.
7    Q    Other than what we have gone over today -- I know
8 we had a receipt and an invoice, and there may have been
9 something else.
10       Other than all of that, that we have already gone
11 over today, do you know of any financial harm that you
12 have suffered as a result of SFR Services?
13    A    Not in addition to what we already went over
14 today, no. Nothing in addition.
15       MR. THALWITZER:  Let's go off the record.
16       (Discussion was held off the record.)
17       MR. THALWITZER:  Let's go back on the record and
18 finish this one up.
19       Ms. Greenspan, thank you for your time today.
20 Other than the photos, which I may have questions for you
21 when they are produced, if they are produced, I don't have
22 anything more for you today.
23       THE WITNESS:  Okay. So now I can get up?
24       MR. THALWITZER:  Your attorney may have questions
25 for you.

Page 40

1       MR. STERN:  I do not.  So, yes, I believe that you
2 can get up if there's no objections from anybody else.
3       MR. THALWITZER:  As far as I'm concerned, she is
4 done.
5       MR. STERN:  We will read.
6       (The deposition concluded at 10:30 a.m.)

Page 41

1            CERTIFICATE OF OATH
2
3 STATE OF FLORIDA
4 COUNTY OF VOLUSIA
5
6
7    I, Angela J. Kuns, Registered Professional Reporter,
8 Notary Public, State of Florida, certify that Alyssa
9 Greenspan, personally appeared before me on January 20,
10 2022, and was duly sworn.
11
12 Signed this 1st day of February, 2022
13
14
15
16
17            Angela J. Kuns, CSR, RPR
               Notary Public, State of Florida
18            Commission No. GG 341165
               Commission Expires: June 3, 2023
19
20
21
22
23
24
25

Alyssa Greenspan
January 20, 2022

Page 42

1                CERTIFICATE OF REPORTER

2

3  STATE OF FLORIDA

4  COUNTY OF VOLUSIA

5

6        I, Angela J. Kuns, Registered Professional

7  Reporter and Notary Public in and for the State of Florida

8  at large, certify that I was authorized to and did

9  stenographically report the deposition of Alyssa

10  Greenspan, pages 1 through 44; that a review of the

11  transcript was requested; and that the transcript is a

12  true record of my stenographic notes.

13        I further certify that I am not a relative,

14  employee, attorney, or counsel of any of the parties to

15  this cause, nor am I a relative or employee of any of the

16  parties, attorneys or counsel connected with the action,

17  nor am I financially interested in the action.

18

19  Dated this 1st day of February, 2022.

20

21

22

23        _____
          Angela J. Kuns, CSR, RPR
          Registered Professional Reporter

24

25

---

Page 43

1                WITNESS NOTIFICATION LETTER
2  February 1, 2022
3  Alyssa Greenspan
   c/o Corey Stern, Esquire
4  Zinober, Diana & Monteverde &
   2400 Commericial Boulevard
5  Suite 420
   Fort Lauderdale, FL 33308
6  Corey@zinoberdiana.com
7  In Re: Robert Welsh v. SFR Services
        Deposition of: Alyssa Greenspan
8        Held on: January 20, 2022
        U.S. Legal Support Job No. 6025201-001
9
10        The transcript of the above-referenced proceeding has
11  been prepared and is being provided to your office for
12  review by the witness.
13        We respectfully request that the witness complete
14  their review within 30 days and return the errata sheet to
15  our office at the below address or via email to:
16  southeastproduction@uslegalsupport.com.
17        Sincerely,
18
19        _____
          Angela J. Kuns, CSR, RPR
20        U.S. Legal Support, Inc.
          149 South Ridgewood Avenue
21        Suite 400
          Daytona Beach, Florida 32114
22
23
24  cc via transcript: Aaron Thalwitzer, Esq.
                       Corey Stern, Esq.
25

---

Page 44

1                     ERRATA SHEET
2            DO NOT WRITE ON THE TRANSCRIPT
              ENTER CHANGES ON THIS SHEET
3
4  In Re: Robert Welsh v. SFR Services
        Deposition of: Alyssa Greenspan
5        Held on: January 20, 2022
        U.S. Legal Support Job No. 6025201-001
6
7
8  Page  Line    Change       Reason_____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20
21        Under penalties of perjury, I declare that I have
22  read the foregoing document and that the facts stated in
23  it are true.
24
25  _____        _____
    Date                    Alyssa Greenspan

---

Alyssa Greenspan
January 20, 2022

---

**Exhibits**

EX 0001 Alyssa Greenspan 012022
5:25 6:2
EX 0002 Alyssa Greenspan 012022
12:21,22 13:15 21:3,24
EX 0004 Alyssa Greenspan 012022
30:9,11

---

**$**

$4,500
21:21 22:12
$500
36:21

---

**-**

--o0o--
4:3

---

**1**

1
5:25 6:2
10:00
6:6
10:30
40:6
12
33:24
13
13:2
16
13:17

---

**2**

2
12:21,22 13:15 21:3,24 29:14 31:4,12
20
8:4
2002
8:4
2018
8:22 9:13,14 13:2
2019
13:17 28:22 30:15 31:4,12
2020
31:17 33:24 34:12 36:10
2021
12:8 23:25 24:4 25:8
21
34:12
24
36:10
25
31:17
2851
8:2

---

**3**

3
23:2,16,17 29:24
30
7:10 28:21

---

**4**

4
30:9,11

---

**5**

5
12:8
550
36:23

---

**6**

6
23:25 24:4 25:8 30:14

---

**8**

8
21:12 30:23

---

**A**

A-L-Y-S-S-A
4:12
a.m.
40:6
AARON
4:19
able
5:9 23:24 25:1,22
access
29:10
accurately
17:15,22
action
38:16
actual
27:9
Adam
11:24 12:2 14:3 15:21 22:4,17 28:22 35:18,22
addition
39:13,14
additional
21:15
address
8:1
advertising
7:11
affirm
4:6
afterwards
25:22
ago
9:3 37:19
agreed
16:19,25 21:14
agreeing
14:12
allegation
22:1
allegations
21:4,7
alleged
22:2
allow
29:10
alluded
26:21
Alyssa
4:12,15 26:9
amended
12:7,20 13:15 21:2 23:3
amount
21:17,23 32:21
Anderson
33:24
Andrew
34:13
answer
5:9 20:13 25:24 26:6,11 27:24
answered
27:22

Alyssa Greenspan
January 20, 2022

| | | | |
|---|---|---|---|
| **anybody**<br>40:2 | 24:5 31:22<br>35:7 | **bathroom**<br>37:23 | **Brighton**<br>8:2 |
| **anymore**<br>34:7 | **assuming**<br>33:16,22 | **bead**<br>31:23 | **brought**<br>32:23 |
| **anyone**<br>11:12,20 | 36:20 | **begin**<br>17:1,7 | **businesses**<br>7:6 |
| 16:7,10<br>22:17 | **attached**<br>6:9 12:7 | **behalf**<br>4:19 | |
| **AOB**<br>13:1 14:10 | 21:24 | **believe**<br>8:25 9:19 | ___ |
| 15:2,24<br>16:14 | **attended**<br>7:15 | 11:8 14:13<br>17:10 18:5 | C |
| **apart**<br>13:20 | **attorney**<br>19:19 28:17 | 21:9 24:12<br>27:14 30:21 | **call**<br>10:8 12:25 |
| **app**<br>8:8 9:4 | 36:9 37:10<br>39:24 | 40:1 | 14:5 15:24<br>31:24 |
| **appears**<br>13:1 31:12 | **August**<br>7:4 13:17 | **benefited**<br>25:21 | **called**<br>4:16 8:8 |
| 33:25 36:9,<br>19 | **aware**<br>22:24 23:6, | **Benefits**<br>13:1 | 14:6 17:11<br>32:12 |
| **approve**<br>38:13 | 10,13 33:15,<br>17 | **besides**<br>10:24 11:13 | **calling**<br>15:5 |
| **approved**<br>35:16 | ___ | 18:15 19:24<br>22:17 | **calls**<br>25:25 |
| **approximately**<br>7:8 11:15 | B | **best**<br>5:7 13:24 | **canceled**<br>23:11,13 |
| 31:21 | ___ | 18:16 22:10<br>27:14 | **care**<br>36:25 |
| **area**<br>10:11 | **bachelor's**<br>7:17 | **big**<br>14:2 32:23 | **carrier**<br>21:18 |
| **areas**<br>31:22 | **back**<br>12:5,19,24 | **Bill**<br>14:5,8 15:6, | **caulk**<br>31:23 |
| **arguments**<br>18:24 | 14:10 15:16,<br>20 18:24 | 17 17:15 | **caused**<br>10:14,15 |
| **around**<br>10:20 24:4 | 21:2 31:20,<br>22 38:12,14 | **bit**<br>15:15 | **cement**<br>32:23,25 |
| **Asked**<br>27:22 | 39:17 | **Bob**<br>11:22 16:11 | 33:4,8,9 |
| **asking**<br>5:19 30:21 | **backed**<br>16:12 | 18:18 24:18<br>28:25 31:25 | **certain**<br>11:3 35:20, |
| **assigned**<br>21:19 | **background**<br>6:21 | 32:12 34:23 | 21,22 |
| **Assignment**<br>13:1 | **backyard**<br>30:5 | **bought**<br>26:25 | **certification**<br>7:20 |
| **association**<br>33:6 | **bad**<br>5:19 | **break**<br>37:12 | **certified**<br>7:21 |
| **assume**<br>9:17 17:3 | **Bank**<br>32:17 | **brief**<br>5:7 | **check**<br>14:25 20:20, |
| | **based**<br>6:14 13:23 | **briefly**<br>38:6 | 23 |
| | 17:3 | | **checks**<br>14:24 20:9 |
| | **basically**<br>12:2 19:19 | | |

Alyssa Greenspan
January 20, 2022

circled
  30:23
City
  7:25
claim
  16:20,25
  21:19 22:12,
  25 23:2,6,10
  25:18 26:4
clarify
  19:11
clean
  30:5
cleaning
  30:6
clear
  20:2 39:1
clearly
  5:8
close
  31:24
Coast
  27:6
code
  35:2
collect
  21:22 22:3,
  18,19,22
college
  7:15
come
  8:7 9:4,8
  16:18 27:20
  32:13 38:14
commitment
  14:2
communicate
  16:16 17:4
communicated
  8:24 11:19
  16:9
communicating
  18:13 19:12
communication
s
  19:2,4,5

community
  35:2
companies
  11:1
company
  11:3,5,25
  14:19 16:19,
  25 17:11
complained
  33:1 37:9
complaint
  12:7,21
  13:15 21:3
  23:3
completed
  35:17
completely
  25:16
completing
  20:18
concerned
  40:3
concluded
  40:6
concludes
  30:3
conclusion
  25:25
condition
  21:16 37:25
conference
  4:2,16
confirm
  13:5 36:22
connection
  7:22 21:18
consequential
  29:13
contact
  8:10,13
  33:11,21
contacted
  8:11,14
contract
  11:7,8 14:16
  15:10 18:23
  21:20,23

22:6
conversations
  34:23
copy
  12:9 21:23
  27:7 28:6
  30:20,22
correct
  15:21 16:5
  17:5,6 18:15
  20:11,15,24
  21:8,23
  24:13 25:6
  26:10 34:1
counsel
  4:19 6:10
COURT
  4:4,10
covered
  16:3

                  D

damage
  9:25 10:2,
  15,17,21,22,
  23 33:2
  37:21
damaged
  26:3 32:24
damages
  15:12
date
  13:1,9,16
  23:9,14
  24:17 31:6
dated
  23:24 28:21
  30:14 31:4,
  17 33:23
  34:12
dates
  13:19,23
daughter's
  10:12
day
  5:13,14

12:10,17
  22:15 28:25
deal
  11:1
dealing
  14:18
dealings
  11:22,23
dealt
  35:18
December
  33:24
decided
  18:11
deductible
  21:21,25
  22:3,18,19,
  22
defective
  38:24 39:2
Defendant
  4:19 21:13,
  19,21,24
defendant's
  6:2 12:22
  23:17 30:11
degree
  7:16,17
deposition
  4:22 5:5,15
  6:5 20:7
  28:18 40:6
depositions
  13:8
describe
  17:15
detector
  10:11
difference
  31:10
different
  10:15 31:7
  35:3 36:2,3
digital
  6:24
DIRECT
  4:18

Alyssa Greenspan
January 20, 2022

**directly**
  5:9 8:18
  14:18 17:4
  34:22 35:18
**disagreement**
  18:7,25
**discuss**
  9:5 11:9
  31:24
**discussed**
  9:20 12:2
**discussion**
  39:16
**discussions**
  19:22
**document**
  5:19,23 6:8
  12:6,9,17,
  18,25 13:10,
  12,13 14:8,
  10 15:5,8,9,
  19,24 16:15
  17:20 21:5
  22:14 23:15
  30:13 31:3,
  8,16 32:16
  36:10,19
**documents**
  5:16,18 6:9,
  12,14 12:16
  22:15 28:16,
  17
**doing**
  7:11 18:6
  23:23
**dozens**
  20:4
**draft**
  36:9,12
**drafting**
  36:17
**Duces**
  6:5

**E**

**e-mail**
  29:4
**earlier**
  20:8 26:15
  34:1
**edge**
  29:10
**education**
  7:14
**efficient**
  5:11
**either**
  19:13,23
  38:5
**elaborate**
  26:22
**email**
  28:21 29:4,
  22 30:3
  31:16 32:10,
  11 33:23
  34:11,14
**emails**
  37:3
**enclosed**
  24:7
**enclosure**
  23:20
**end**
  21:1 25:13
**ended**
  18:6
**endorsement**
  15:1
**enforcement**
  38:16
**engaging**
  14:16 15:10
**engine**
  7:1
**English**
  7:19
**enter**

  12:20
**entirely**
  9:3
**essentially**
  14:21 36:23
**estimate**
  4:24 25:15
**eventually**
  24:8 38:13
**exact**
  22:16 23:9,
  14
**exactly**
  8:21 9:22
  11:4 16:23
  22:9 27:18
  36:15
**EXAMINATION**
  4:18
**examined**
  4:17
**exchanged**
  9:17
**excuse**
  22:18
**Exhibit**
  5:25 6:2
  12:21,22
  13:15 21:3,
  24 23:2,16,
  17 30:9,11
**expense**
  33:7
**explained**
  10:25 26:14
**explaining**
  10:22

**F**

**fact**
  17:7
**fairly**
  28:19
**familiar**
  5:4

**far**
  16:15 32:9
  40:3
**fascia**
  15:13 18:6,
  12,15,22
  19:3,14
  29:11,15
  31:21 32:23
  33:3,10
**fault**
  26:15
**feel**
  5:19
**felt**
  32:14
**figure**
  20:2,6 34:18
**file**
  37:3
**filed**
  12:7
**financial**
  26:16,18
  39:11
**financially**
  25:17 26:3
**find**
  37:14,15
  38:22
**fine**
  6:7 32:13,15
**finish**
  39:18
**finished**
  35:3
**first**
  4:11 8:23
  9:10 11:13
  12:18,24
  13:24 14:10
  19:8 22:7
  28:25 29:1,7
**five-minute**
  37:12
**fix**
  32:5,7,13

Alyssa Greenspan
January 20, 2022

33:2,7,9
**fixed**
  32:4 37:22
  38:4
**flashing/drip**
  29:10
**Florida**
  7:25 10:9
**follows**
  4:17
**form**
  26:21 32:12
**forth**
  18:24
**found**
  8:8 20:22
**front**
  32:21,24
**Frontera**
  17:11,12,16,
  24 18:1,15
  28:22 30:14
  31:4,14,17
  32:5,9 35:8
  36:6

---

**G**

---

**G-R-E-E-N-S-**
**P-A-N**
  4:13
**gap**
  31:20
**garage**
  37:22,23
**Gary**
  8:11,15
  12:1,3 13:25
**generally**
  5:10 14:14
  34:24
**getting**
  20:21
**give**
  4:7 19:7
  34:10

**goes**
  31:22
**going**
  5:22 6:8
  12:24,25
  14:4,10
  15:13 17:1
  20:19,20
  25:24 28:19
  32:13 34:7
  38:12
**Goldberg**
  8:11,15,18
  9:23 10:19,
  23 11:12,20
  12:1 13:25
**good**
  4:20 6:20
**Google**
  7:21
**gosh**
  11:22
**grass**
  33:3,5
**Greenspan**
  4:12,15
  39:19
**guess**
  10:16 13:23
  15:20 31:1
  33:17 38:1
**guessing**
  25:16
**guestimate**
  8:22
**guys**
  9:17 30:4

---

**H**

---

**hand**
  4:5
**handle**
  7:1
**handled**
  16:12 19:16
  24:17

**handling**
  19:19 25:5
**happen**
  20:14,16
  28:11
**happened**
  17:12 18:12
  27:25 28:3
  33:21
**harm**
  26:16,17,18,
  21 39:11
**harmed**
  25:17 26:3
  28:13
**hear**
  4:20
**heard**
  18:18 22:7
**hearing**
  33:20
**held**
  11:22 39:16
**help**
  27:2
**high**
  7:14
**hire**
  32:7
**hired**
  19:18
**HOA**
  35:2,10,14,
  16,19,23
  38:12,13
**HOA's**
  35:24
**home**
  10:3 29:9
**homeowner's**
  21:18 33:6
**homes**
  36:3
**hour**
  11:17
**house**
  9:11,15

**10:20 11:16**
  17:7 24:9,
  12,16 27:4
  29:19 31:20
**hurricane**
  10:16
**husband**
  18:18 31:15

---

**I**

---

**i.e.**
  21:17
**identificatio**
**n**
  6:3 12:23
  23:18 30:12
**immediately**
  28:2,3,12
  38:1
**implicated**
  30:24
**inch**
  31:21
**incident**
  18:19 19:14,
  24
**incidents**
  18:12
**Included**
  37:3
**indeed**
  14:21
**indicate**
  22:17
**indicated**
  22:22
**indicates**
  21:20
**indicating**
  25:8
**indirectly**
  16:19
**information**
  8:13 10:18
  12:6 20:24
  35:17,19

Alyssa Greenspan
January 20, 2022

**inside**
  10:3,20  35:3
  36:4
**inspected**
  9:18,19
**install**
  35:20
**installation**
  35:15
**installed**
  35:5,8,23
  38:1
**instruct**
  26:11
**insurance**
  11:1,3,5
  14:18,21
  16:19,20,25
  20:8  21:16,
  18
**interest**
  24:21,22,25
  26:2
**interior**
  15:11  18:4,8
  20:18  37:21
  38:9
**interrupted**
  12:14
**invoice**
  36:10,23
  39:8
**involved**
  11:2  18:17
  20:3  25:3
  34:22
**involvement**
  19:10,12
**issue**
  19:14  32:1
  35:14
**issued**
  21:17
**issues**
  30:24  36:25
**item**
  29:7

---

**J**

---

**January**
  12:8  23:25
  24:4  25:8
**job**
  7:3,5,22

---

**K**

---

**keep**
  23:23
**kept**
  20:18
**kind**
  14:5  26:17
  27:2  34:24
**know**
  8:5,7  9:21
  10:2,14
  11:4,21
  12:16  13:7,
  25  14:1,15
  18:18,24
  19:1,4,10
  20:3,5,6
  21:7  22:1,
  10,21  23:8,
  9,14  24:22,
  25  27:2,17,
  18,20  28:2,
  18,19  29:3,
  12,13,17,20
  30:1,7  31:1,
  5,7,9,11,13
  32:1,9,11,18
  33:1,2,13,21
  34:4,16,19,
  22  35:5
  36:11  37:20
  38:6,17
  39:7,11
**knowing**
  15:4
**knowledge**
  18:16  22:11,

---

  23  26:24
  27:3,14

---

**L**

---

**lack**
  37:8
**language**
  21:20
**lattice**
  29:25
**lawn**
  32:22,24,25
  33:4
**lawyer**
  19:25
**lawyers**
  11:1,5
**leak**
  10:8,10
**leaking**
  10:8
**leaks**
  10:3,5,6,14
**learn**
  16:18,22
**left**
  12:12  13:13
**legal**
  14:15  25:25
  27:18
**letter**
  23:19,24
  24:7  25:8
  28:1,5,8
  36:9,17
**licenses**
  7:12
**lien**
  22:25  23:2,
  6,10  24:7,8
  25:9,18  26:4
  27:3,10,19
  28:6,10,14
  36:14
**liens**
  26:23

---

**list**
  26:25
**listed**
  26:23
**lists**
  27:17
**little**
  15:15  34:1
**live**
  7:24,25
**lived**
  8:3
**living**
  6:23  10:9,10
**LLC**
  8:5
**long**
  7:2  8:3
  11:15
**longer**
  5:12  12:1
**look**
  5:15  35:2
**looked**
  10:21  32:14
  38:15
**looking**
  26:16
**looks**
  30:13  31:5,
  9,14,23  34:2
  36:3,4
**lot**
  18:24  32:25
**loud**
  21:13
**lower**
  12:12  13:13
  24:21,25
  25:21  26:1

---

**M**

---

**made**
  8:12  20:10
  22:1,7

Alyssa Greenspan
January 20, 2022

mail
  23:8 36:13
make
  5:25 19:8
  20:7 22:5
  23:16 30:9
  39:1
making
  33:21
malfunction
  35:12
March
  36:10
marked
  6:2 12:22
  23:17 30:11
marketing
  6:24 7:1,11
master
  37:23
material
  35:21
Mcconnell
  11:24 15:21,
  25 16:4
  22:4,17
  28:22
Mcgraw
  34:12
mean
  11:22 17:9
  26:23 28:11
  29:13 33:17,
  20
means
  29:16
meeting
  14:1,3 15:21
  16:14
memory
  13:24
met
  5:2 22:6
Midas
  7:1
middle
  21:12

mind
  6:7
mixer
  32:23 33:9
moment
  19:7
money
  21:17 22:12
morning
  4:20 6:10
  37:17
mortgage
  24:12,16
  25:7,13,21
mouth
  31:11
move
  5:16,19
  34:20
multiple
  35:6

——————————

        N

name
  4:11 8:8,11
  11:24 13:16,
  17
named
  11:2,24
necessary
  21:15
need
  5:16,20
  14:15 34:18
  37:10
needed
  33:7
needs
  5:12 29:10
neighbor's
  30:4
never
  20:23 31:1
  37:21 38:14
News
  27:6

newspaper
  26:23 27:5,
  10,21 28:10
newspapers
  27:11
Nextdoor
  8:8 9:4
Nicholas
  33:24
night
  29:9
normal
  13:7
notary
  7:23
notice
  6:5,9 38:18
noticed
  31:19
notification
  35:9
notified
  17:1
November
  5:3 8:22
  13:2

——————————

        O

object
  25:24 26:10
objection
  6:15 26:5
  27:22
objections
  40:2
obviously
  26:25 39:2
occurred
  10:17
October
  28:21 31:4,
  12 34:12
offshoot
  10:9

okay
  4:20 5:20,21
  9:22 20:19
  23:24 24:1
  26:13 33:23
  34:9 39:23
one
  10:12,16
  12:11,15,17
  13:24 14:2,
  3,4,5,7
  29:9,14,19
  31:3,4,12
  33:23 34:11
  39:18
online
  27:12,13
  28:1,8
open
  31:20,24
order
  6:8
originally
  18:23
outside
  36:4

——————————

        P

P-E-T-R-A
  36:20
package
  29:1
packet
  35:17
page
  15:14,17
paid
  14:20,21,22,
  24 20:20
  32:21
Painting
  36:21
Palm
  7:25
paperwork
  12:3

Alyssa Greenspan
January 20, 2022

| | | | |
|---|---|---|---|
| **parameters** | **PNC** | **problems** | 39:20,24 |
| 20:6 | 32:17 | 35:4 37:8 | **quicker** |
| **participate** | **point** | 39:3 | 5:10 |
| 36:17 | 12:1 16:13, | **procedures** | **quite** |
| **particular** | 16,18,24 | 5:5 | 21:11 37:18 |
| 10:16 24:19 | 17:8 19:18 | **proceeds** | **quote** |
| **parties** | 22:24 24:13 | 21:17 | 30:14,22 |
| 19:24 | **pointing** | **process** | |
| **party** | 17:19 | 14:18 18:17 | |
| 19:13 | **policy** | 25:3 | ——————— |
| **pay** | 15:1 | **produced** | **R** |
| 16:19,25 | **portion** | 6:17 28:17 | ——————— |
| 22:11,13 | 21:25 | 39:21 | **raise** |
| 24:12,14 | **possibly** | **professional** | 4:4 |
| **people** | 16:2,15 | 7:12,20 | **rapidly** |
| 33:3 | **post** | **property** | 28:20 |
| **perfect** | 8:12 | 22:25 27:19 | **rate** |
| 5:17 | **postcards** | **proposal** | 24:21,22,25 |
| **perform** | 26:25 27:1 | 36:20 | 25:22,23 |
| 21:15 | **posted** | **provides** | 26:2 |
| **performed** | 8:13 | 6:6 | **read** |
| 38:24 | **posting** | **public** | 9:3 15:2,6 |
| **period** | 8:9 | 26:24 27:3 | 21:5,13 |
| 11:4 | **pre-loss** | **published** | 31:18 40:5 |
| **person** | 21:16 | 27:5,10 | **reads** |
| 19:23 | **preapprove** | **purpose** | 27:18 |
| **Petra** | 35:15 | 15:9 | **ready** |
| 36:20 | **present** | **put** | 23:21 |
| **phone** | 11:12 19:22 | 12:5 23:3,15 | **realize** |
| 8:23 19:23 | **pretty** | 28:21 31:11 | 15:14 |
| **photos** | 5:18 14:2 | 34:11 35:1 | **reason** |
| 37:7,15 | 37:16 | 36:8,19 | 24:19 30:20 |
| 39:20 | **previously** | **putting** | **recall** |
| **Plaintiffs** | 17:20 30:22 | 35:19 | 5:2 11:15 |
| 21:19,20,22, | **previously-** | | 15:3 16:15, |
| 24 22:18 | **installed** | ——————— | 17,23 17:12 |
| **Plaintiffs'** | 29:9 | **Q** | 20:1 22:20 |
| 21:18 | **primarily** | ——————— | 25:14 27:25 |
| **please** | 37:24 | **quarter** | 30:8 |
| 4:4,10 6:1 | **probably** | 31:21 | **receipt** |
| 12:21 19:7 | 9:2,18 15:4 | **question** | 32:16 39:8 |
| 23:16 26:22 | 16:11 27:25 | 5:10 21:25 | **receive** |
| 30:4,10 | 28:1,2,11 | 26:7,12 | 6:9 35:9 |
| 31:24 | **problem** | **questioning** | **received** |
| **plywood** | 13:7 30:6 | 30:25 31:1 | 23:8 26:24 |
| 29:25 | 34:25 35:10 | **questions** | 36:8 38:17 |
| | 36:1 | 6:21 20:4 | **receiving** |
| | | 21:4 34:7,21 | 25:8 |

recess
  37:13
record
  4:11 26:9,10
  39:15,16,17
recorded
  22:25 24:8
recording
  25:17
redone
  10:1 11:6
references
  22:8
referred
  18:19 29:22
referring
  14:7 17:20
  18:20 28:5
refi
  34:4
refinance
  24:14,15,20
  25:7
refinancing
  25:3,13
  33:25
reflect
  13:9 17:24
reflecting
  37:7
regard
  7:10
regarding
  38:20
relay
  10:18
release
  24:6
released
  25:9
remember
  8:20,21 9:2,
  10,22 16:7
  22:9 28:9
remote
  4:2,16 6:5

removed
  29:10,15
repair
  11:3 14:17
  15:11,13
  36:21,23
repaired
  10:4 32:22
repairs
  38:9
replace
  18:22 19:3
  21:14
replaced
  29:16,24
  38:3
REPORTER
  4:4,10
representatio
n
  22:2,5
representativ
e
  8:16 11:25
represented
  21:22
request
  6:8
requests
  6:12,18
require
  14:24 22:13
required
  22:11
requires
  35:16
residence
  21:16
respectful
  30:4
respond
  32:9
responded
  32:11
response
  36:10,14

responsibilit
y
  35:18
responsible
  21:21
responsive
  6:12,18
result
  39:12
return
  21:15
Ricky
  34:12
rid
  24:8
right
  4:5 6:20
  23:3 28:13
roof
  9:5,18,19,25
  10:1,2,15
  11:3,6 14:17
  15:11 21:14
roofers
  29:8
roofing
  30:14 31:4
  35:21
room
  10:9,10,12,
  13
rotted
  29:14,19
rules
  5:4

---

**S**

---

Sale
  14:5,8 15:6,
  17 17:15
saying
  10:17 12:14,
  15 20:18
  27:1 30:3
  35:19

says
  13:17 21:13
  27:17 29:7,
  14,24 31:19
school
  7:14
scope
  30:19
screen
  5:15,22,23
  12:5,6
  17:18,21
  21:2,13
  23:3,7,16
  28:21 34:11
  36:8,19
search
  7:1
searched
  28:1,8
second
  14:3,4,7
  15:5,20
  34:10
see
  5:22 6:4
  12:18 13:3
  23:22,24
  24:4 26:19
  27:9,13 28:1
  31:10 36:13
seeing
  28:9
send
  27:1 37:11
sending
  29:1
September
  30:14
services
  8:5,9,17
  14:17 15:11
  18:21 27:17
  39:12
several
  10:6

Alyssa Greenspan
January 20, 2022

| | | | |
|---|---|---|---|
| **SFR**<br> 8:5,16 11:20<br> 14:16,20,24<br> 15:11 16:10,<br> 16,25 17:7,<br> 10 18:11,21<br> 19:2,13,23<br> 20:10 21:14<br> 22:2,19,21<br> 27:17 30:19<br> 33:11 35:8<br> 36:10 38:9,<br> 23 39:3,12<br>**SFR's**<br> 39:4<br>**share**<br> 5:15,18,22<br> 12:5 17:18<br> 21:1 23:7<br>**short**<br> 31:18<br>**shorter**<br> 20:7<br>**showed**<br> 12:25 28:25<br> 29:18<br>**showing**<br> 10:22<br>**side**<br> 29:19<br>**sign**<br> 11:7 12:3<br> 20:20<br>**signature**<br> 12:12 13:12<br> 14:24<br>**signed**<br> 11:8 12:9,16<br> 13:9,21,24<br> 14:1,11<br> 15:6,23<br> 16:14 22:6,<br> 14,15 31:12,<br> 13 35:22<br>**significantly**<br> 13:19 | **signing**<br> 15:2<br>**similar**<br> 31:5<br>**situation**<br> 9:20<br>**skip**<br> 34:3<br>**skylight**<br> 34:25 35:5,<br> 20,22 36:2<br> 38:12,13<br>**skylights**<br> 10:6,7 15:12<br> 35:1,6,7,12,<br> 15 37:22,23,<br> 25 38:15,20<br>**slightly**<br> 35:3 36:3<br>**small**<br> 10:24 15:15<br>**smoke**<br> 10:11<br>**soffit**<br> 19:13 29:15,<br> 24 31:20<br> 32:22 33:3,<br> 10 36:21,23<br>**soffits**<br> 15:12 18:5,<br> 12,15,22<br> 19:3 37:1<br>**solemnly**<br> 4:6<br>**son's**<br> 10:13<br>**sort**<br> 7:5 19:11<br> 20:3 32:16,<br> 23 35:9<br>**source**<br> 33:8<br>**Southwest**<br> 8:2<br>**spaces**<br> 31:24 | **speak**<br> 5:7,8 8:18<br>**speaking**<br> 5:10<br>**specific**<br> 7:3 36:1<br>**specifically**<br> 6:25 19:2<br>**specification<br>s**<br> 35:23,24<br>**specified**<br> 18:5,23<br>**spell**<br> 4:11<br>**spend**<br> 6:21<br>**spoke**<br> 8:23 26:20<br> 33:18<br>**start**<br> 26:18 29:7<br>**started**<br> 17:11,13<br> 26:24<br>**starting**<br> 6:6<br>**state**<br> 33:18<br>**stated**<br> 29:3 34:17<br>**states**<br> 27:19<br>**step**<br> 12:19<br>**STERN**<br> 25:24 26:5,9<br> 27:22 40:1,5<br>**Steve**<br> 17:11 28:22<br> 30:3,14<br> 31:3,14,19<br> 32:5,9 35:8<br> 36:6<br>**stopped**<br> 18:13 | **storm**<br> 11:2<br>**storms**<br> 10:16<br>**stucco**<br> 29:25<br>**stuff**<br> 34:3<br>**sub**<br> 17:10<br>**subcontractor<br>s**<br> 38:24 39:4<br>**subject**<br> 19:9<br>**subjectivity**<br> 39:2<br>**subsequent**<br> 22:8<br>**subsequently**<br> 21:14<br>**substance**<br> 10:24<br>**successful**<br> 25:11<br>**suffered**<br> 39:12<br>**sufficient**<br> 31:23<br>**supplied**<br> 37:10<br>**supplying**<br> 30:19<br>**supposed**<br> 20:21 38:9<br>**sure**<br> 8:12 13:21<br> 15:3 16:23<br> 19:9 27:18<br> 33:14 36:15<br> 37:16 38:8<br> 39:1<br>**swear**<br> 4:6 |

Alyssa Greenspan
January 20, 2022

**T**

take
  5:11,14
  16:4,24
  20:13 22:24
  33:5 34:16
  36:25 37:12
taken
  4:22 37:13
  38:16
Taking
  6:5
talk
  10:23,24
  15:19
talked
  34:1,5 38:6,
  7,23 39:5
talking
  13:7
team
  10:25 11:5
technicality
  17:9
Tecum
  6:5
tell
  5:17 7:8
  18:20
telling
  33:20 38:17
term
  19:11
testified
  4:17 15:23
  17:3 20:8
  26:2
testimony
  4:6
Thalwitzer
  4:19 5:25
  6:4 12:20,24
  23:15,19
  26:1,6,14
  27:24 30:9,

13 37:12,14
  39:15,17,24
  40:3
thank
  39:19
Thanks
  31:25
thin
  31:23
thing
  12:2 27:2
think
  8:21 9:14
  10:11 11:23,
  24 12:1,11
  15:23 16:2,3
  17:18 18:6,
  14,19 20:8
  21:11 22:7
  27:11,12
  28:4,15
  29:15 30:20,
  22 36:14
  37:18,22
third
  19:13,24
thought
  20:17 37:15
three
  10:7 29:8
  35:7
three-party
  14:25
time
  5:1,2 6:22
  8:16,23 9:11
  11:4,9,13,
  19,21,23
  12:3 13:22
  14:2,23
  15:24 16:9
  22:7,16 23:9
  24:23 25:22
  28:25 29:1,
  18 39:19
times
  4:24

timing
  36:15
titled
  36:10
today
  5:11 21:5
  31:19 34:14
  37:25 39:7,
  11,14,19,22
today's
  28:18
told
  9:20 11:4
  14:23 16:1
  20:24
Treasure
  27:6
trick
  13:18
true
  21:23 28:24
truth
  4:7,8
trying
  13:18 20:2,5
  24:11 25:1
  31:11 34:18
turn
  21:1 23:7
turned
  12:5 17:18
  23:23
Twice
  4:25
type
  6:14 35:20,
  21,22 36:2

**U**

Uh-huh
  13:4
understand
  14:11,20
  15:8,9 24:6
understanding
  6:11 14:14

15:16 20:9
  24:11 29:21
  30:18
unfinished
  36:4
unhappy
  36:5
unsure
  22:16

**V**

vague
  19:11
vendor
  32:22 33:2
  35:17
vents
  15:12
video
  4:2,16
visible
  17:19

**W**

waiver
  24:7
walked
  10:20
want
  5:11 8:22
  18:21,22
  19:8 20:4
  36:15 38:8
  39:1
wanted
  9:25 11:9
  24:19
wanting
  19:3,5
warranty
  30:21,24
  31:2
Watson
  34:13

Alyssa Greenspan
January 20, 2022

**way**
  5:17 8:2
  13:7 20:17
  26:3 28:13
  35:12
**Welsh**
  6:7 11:10
  16:4 19:16,
  19 20:10
  24:18 25:5
  28:22 29:4,
  18 31:17,25
  32:1 33:13,
  24 34:12
  37:4
**Welsh's**
  13:16
**went**
  39:13
**withheld**
  6:14
**witness**
  4:4,9,10,12,
  16 26:8,13
  39:23
**wood**
  29:15,19,25
**word**
  39:1
**words**
  9:17 31:11
  38:3
**work**
  6:24 7:9
  13:8 17:1,7,
  11,13,16,24
  18:1,4,8
  21:15 30:19
  33:21 37:8
  38:22 39:3
**worked**
  12:1
**works**
  5:18 11:5
**writes**
  32:1

**writing**
  22:21 29:5
**written**
  19:2,4,5

---

### Y

**year**
  13:18
**years**
  7:8,10 8:4

---

### Z

**zoom**
  5:16